UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER RHODES,

                 Plaintiff,

   v.

DEFENSE HEALTH AGENCY
MADIGAN ARMY MEDICAL CENTER,

            Defendants.

CASE NO. 3:26-CV-5290-TMC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Plaintiff Jennifer Rhodes filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED.

Because Plaintiff has filed this lawsuit seeking IFP status, the Court shall consider whether Plaintiff has adequately stated a claim. *See* 28 U.S.C. § 1915(e)(2). Therefore, Plaintiff is advised the assigned United States District Judge will review the Complaint under §1915(e)(2)(b). The Court further advises that summons may not be issued and further filings

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

submitted by Plaintiff may not be considered until after the assigned District Judge completes the review.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 26th day of March, 2026.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2